IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-50-UNA |
| | ) | |
| JOHN GRANT III | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant John Grant III.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: April 3, 2007

AND NOW, to wit, this 3rd day of April, 2007, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
United States District Judge

FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE