IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07 – 50 - UNA |
| | : | |
| JOHN GRANT III, | : | REDACTED |
| | : | |
| Defendant. | : | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 15, 2007, in the State and District of Delaware, the defendant, JOHN GRANT III, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about February 8, 2006, in the State of Maryland Circuit Court for Baltimore County, did knowingly possess in and affecting commerce a firearm, to wit, a Taurus PT111 9mm pistol, with altered and obliterated serial number, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about March 15, 2007, in the State and District of Delaware, the defendant, JOHN GRANT III, did knowingly possess a Taurus PT111 9mm pistol, from which the manufacturer's serial number had been altered and obliterated, which firearm had previously been shipped and



FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

and 924(a)(1)(B).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _/s/ Douglas E. McCann_____
Douglas E. McCann
Assistant United States Attorney

Date: April 3, 2007

2