# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

_John Grant III_
Defendant

**Case Number:** CR07-50-UNA

Upon motion of the **Government**, it is ORDERED that a ~~Preliminary Hearing~~ **and**

**Detention Hearing** is set for ___April 19, 2007___ * at ___3:00 p.m.___
    Date                                    Time

before___ HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE
    Name of Judicial Officer

COURTROOM #6C, 6TH FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
    Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
    Other Custodial Official

and produced for the hearing.

___4/12/07___
    Date

_____
    Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.
§3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government;
subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government
or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will
flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED

APR 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE