AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

JOHN GRANT III

**WARRANT FOR ARREST**

Case Number:   CR 07-50-UNA

To: The United States Marshal
and any Authorized United States Officer

SEAL~~ED~~ UNSEALED 4/12/07 KJK

YOU ARE HEREBY COMMANDED to arrest _____ JOHN GRANT III _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF A FIREARM - ( COUNT I );
POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER - ( COUNT II )

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 922(g)(1) and 924(a)(2) ___

PETER T. DALLEO                                BY: _____ : DEPUTY CLERK
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                                 APRIL 3, 2007 at WILMINGTON, DE
Title of Issuing Officer                       Date and Location

FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4/12/07 | NAME AND TITLE OF ARRESTING OFFICER Jason Kusheba, ATF | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/11/07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____