**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-50-JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JOHN GRANT, III, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as

attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: August 20, 2007.

Respectfully submitted,

COLM F. CONNOLY
United States Attorney

    /s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277, ext. 149
(302) 573-6220 (fax)

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 20th day of August, 2007, I caused a copy of the United States' Entry of Appearance to be served on the following counsel for Defendant by electronic filing:

Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010


                                          /s/ Seth M. Beausang
                                      Seth M. Beausang (DE I.D. No. 4071)