

# U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*      (302) 573-6277 x 149
*1007 Orange Street, Suite 700*      FAX (302) 573-6220
*P.O. Box 2046*      TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046*      Toll Free (888) 293-8162
     Seth.Beausang@usdoj.gov

August 21, 2007

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

    Re:    <u>United States v. John Grant, III</u>, Cr. A. No.  07-50-JJF

Dear Judge Farnan:

    I write on behalf of the Government in reference to the above action.  At tomorrow's hearing on Defendant's motion to suppress, the Government will offer testimony from Officers Michael DeFelice, the sole arresting officer in this matter, and Jason Atallian, the Government's proposed expert on traffic stops to investigate possible violations of Delaware's window-tinting law, 21 Del. C. § 4313 (2007).  The Government understands that Officer DeFelice is currently serving a military commitment and has received authorization from the military to leave his training for one day to testify at tomorrow's hearing.

    The Government is uncertain whether Officer DeFelice will be permitted to miss additional military training in light of his likely lengthy overseas deployment scheduled for early-September, 2007.  Also, Officer DeFelice likely will be unavailable to testify at any trial in this matter because he will be overseas.

    As a result, the Government proposed to defense counsel that Officer DeFelice preserve his trial testimony via deposition pursuant to Fed. R. Crim. P. 15 at a short deposition tomorrow, or that his trial testimony be preserved at tomorrow's suppression hearing.  The Government understands that defense counsel's schedule prevented her from agreeing to a deposition tomorrow, and defense counsel objected to the Government's proposal to preserve Officer DeFelice's trial testimony during tomorrow's hearing.

    The Government respectfully submits that Officer DeFelice's upcoming overseas deployment is an "exceptional circumstance" within the meaning of Fed. R. Crim. P. 15, and that it would be in the "interests of justice" to preserve his trial testimony in light of the fact that he is the sole witness who can testify about, among other things, the traffic stop of Defendant's vehicle and the

Defendant's subsequent admission to possessing a firearm, should the Defendant's motion to suppress be denied and this matter proceed to trial. The Government expects that Officer DeFelice's testimony during the suppression hearing will be brief, cover the same topics as his trial testimony, and will not substantially prolong tomorrow's hearing.

    Accordingly, the Government respectfully requests that it be permitted to use appropriate portions of Officer DeFelice's testimony at tomorrow's suppression hearing, subject to any evidentiary objections by defense counsel, in accordance with Fed. R. Crim. P. 15(f), at any trial in this matter. I am available at the call of the Court to answer any questions or concerns.

    Respectfully,

    COLM F. CONNOLLY
    United States Attorney

    BY:   /s/ Seth M. Beausang
        Seth M. Beausang
        Assistant United States Attorney

cc:   Eleni Kousoulis, Esquire (by e-File)