# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-50-JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| JOHN GRANT, III, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS COUNT I OF THE INDICTMENT

COMES NOW, the United States, by and through its undersigned counsel, Colm F.

Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and

wherefore on August 22, 2007 the Defendant pleaded guilty to Count II of the Indictment, the

Government moves the Court to dismiss Count I of the Indictment.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
Seth M. Beausang (De. I.D. No. 4071)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
DATED: January 4, 2008          Wilmington, DE 19899-2046


AND IT IS SO ORDERED, Count I of the Indictment is DISMISSED, this _____ day of

_____, 2008.


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE