UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-50-JJF |
| Plaintiff, : | |
| v. : | |
| : | |
| JOHN GRANT, III, : | |
| : | |
| Defendant. : | |

**MOTION TO DISMISS COUNT I OF THE INDICTMENT**

COMES NOW, the United States, by and through its undersigned counsel, Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and wherefore on August 22, 2007 the Defendant pleaded guilty to Count II of the Indictment, the Government moves the Court to dismiss Count I of the Indictment.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (De. I.D. No. 4071)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
DATED: January 4, 2008   Wilmington, DE 19899-2046

AND IT IS SO ORDERED, Count I of the Indictment is DISMISSED, this 8 day of January, 2008.

HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

FILED
JAN 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE